Lynda Bui, Trustee
3550 Vine Street, Suite 210
Riverside, CA 92507
Telephone: (949) 340-3400
Facsimile:  (949) 340-3000
Email: trustee.bui@shulmanbastian.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:25-bk-12733-RB |
| **SERAJ MESBAH HESARI,** | Chapter 7 |
| Debtor(s). | **NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 U.S.C. §341(a)** |

**TO THE ABOVE NAMED DEBTOR(S) AND THE ATTORNEY ON RECORD, IF ANY:**

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above entitled matter was continued to **June 18, 2025  at 01:30 PM**, via Zoom**: www.zoom.us/join**, **Meeting ID: 226 500 5961 Passcode: 3308934760** for the reason set forth below:

☒ You failed to appear at the 341(a) meeting previously scheduled in your case.  You are further notified that in the event you do not appear at the continued 341(a), your case will be dismissed by the Court.

☐ Document production as requested, including but not limited to:
☐ Proper photo identification and/or social security number verification.
☐ Further Trustee review and investigation.
☐ Other.

DATED: June 9, 2025        /s/ Lynda T. Bui
                           Lynda T. Bui, Chapter 7 Trustee

I certify that I served the within Notice on the above debtor(s), the attorney of record (if any), and interested parties on June 9, 2025.

                           /s/ Spencer Sausser
                           Spencer Sausser

1