Form r341y–r341 VAN–02
Rev. 05/2010

## United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501–3819

# RENOTICE 341 MEETING

**DEBTOR INFORMATION:**
Seraj Mesbah Hesari

**BANKRUPTCY NO.**  6:25–bk–12733–RB

**CHAPTER**  7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–7614
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** N/A

**Address:**
79321 Four Paths Lane
Indio, CA 92203

**DEBTOR'S ATTORNEY:**
Anita Khachikyan
Khach Law Group, PC
126 S Jackson St Ste 203
Glendale, CA 91205

818–243–8500

**TRUSTEE:**
Lynda T. Bui (TR)
Shulman Bastian Friedman & Bui LLP
3550 Vine Street, Suite 210
Riverside, CA 92507

(949) 340–3400

Please take notice that the 341 meeting date has been reset for:

**Date:** August 14, 2025        **Time:** 10:00 AM
**Location:** Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 226 500 5961, and Passcode 3308934760, OR call 1 909 498 9229

Dated: July 14, 2025

By the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form r341y–r341 VAN–02) Rev. 05/2010

**18 / SH**